# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 5, 2026

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| | |
|---|---|
| No. 25-2025 | ASSOCIATED PRESS, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>RON NEAL and LLOYD ARNOLD,<br>　　　　Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-00872-MPB-MJD |
| Southern District of Indiana, Indianapolis Division |
| District Judge Matthew P. Brookman |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)